## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.:   09−38411−KCF
                    Chapter:   13
                    Judge:   Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kosar P Bhatti
   249 Elm St
   Carteret, NJ 07008

Social Security No.:
   xxx−xx−6306

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                    12/16/09
Time:                   09:30 AM
Location:           Courtroom 2, United States Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: October 26, 2009
JJW: wir

                                          James J. Waldron
                                          Clerk, U. S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: wromero               Page 1 of 1           Date Rcvd: Oct 26, 2009
Case: 09-38411                Form ID: 132                Total Noticed: 15

The following entities were noticed by first class mail on Oct 28, 2009.
db           +Kosar P Bhatti,   249 Elm St,   Carteret, NJ 07008-1734
smg           U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
510152773     Bank Of America,   4060 Ogletown Stan,   DE5-019-03-07,   Newark, DE 19713
510152778    +CHASE/Bank One Card,   800 Brooksedge Boulevard,   Westerville, OH 43081-2822
510152780    +CITIZENS CC,   1000 Lafayette Boulevard,   Bridgeport, CT 06604-4725
510152774    +Capital One,   POB 30281,   Salt Lake City, UT 84130-0281
510152775    +Chase Bank USA< NA,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
510152777    +Chase Bank/ One Card Serv,   800 Brooksedge Boulevard,   Westerville, OH 43081-2822
510152779    +Citi Cards CBSD,   701 E 60th St. N,   Sioux Falls, SD 57104-0432
510152781    +Countrywide Home Loans,   P.O Box 961206,   Forth Worth, TX 76161-0206
510152782    +DISCOVER Financial Svc LLC,   PO BOX 15316,   Wilmington, DE 19886-5316
510152783     FIA CSNA,   4060 Ogleton Stant,   DE5-019,   Newark, DE 19713
510152784    +HSBC Bank,   POB 5253,   Carol Stream, IL 60197-5253
510152785    +Sears/CBSD,   701 East 60th Street,   Sioux Falls, SD 57104-0432

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
510152776     Chase Bank/ One Card Serv,   800 Brooksedge Boulevard
                                                                                                 TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2009**                     **Signature:**      _Joseph Speetjens_